

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00201-CV

IN THE INTEREST OF A.R.D., A
CHILD

## NO. 02-13-00202-CV

IN THE INTEREST OF K.M.W., A
CHILD

------------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

These appeals are from suits for termination of appellant A.M.P.'s parental

rights to her children, A.R.D. and K.M.W.   The suits were initiated by the

---

[1]*See* Tex. R. App. P. 47.4.

children's grandparents, who have been the children's managing conservators since 2005. The Department of Family and Protective Services is not a party to the cases.

Appellant's brief was due in this court by July 11, 2013. On July 18, 2013, the clerk of the court notified appellant's counsel of this fact and notified appellant's counsel that the appeal could be dismissed for want of prosecution unless appellant or any party desiring to continue the appeal filed with the court a motion reasonably explaining the failure to file a brief and the need for an extension by July 29, 2013. *See* Tex. R. App. P. 38.8(a). Appellant's counsel did not respond.

Because this case involves the termination of appellant's parental rights to her children, we abated the appeals and remanded to the trial court for a hearing to determine whether appellant desired to continue the appeal and whether retained counsel for appellant had abandoned the appeal. The trial court conducted a hearing on August 14, 2013, and appellant testified at the hearing that she no longer wished to appeal. While it would have been preferable for appellant to have filed motions to dismiss these appeals to avoid the expenditure of further resources, the court is satisfied that appellant no longer desires to prosecute either of these appeals. Having previously notified appellant that these appeals would be dismissed for want of prosecution for her failure to file an appellant's brief, we do so now.

These appeals are dismissed for want of prosecution. *See* Tex. R. App. P.

38.8(a), 42.3(b), 43.2(f). Appellant shall pay all costs of this appeal, for which let

execution issue.


PER CURIAM

PANEL: GARDNER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: August 29, 2013